MELINDA HAAG, CSBN 132612
United States Attorney
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
Fax: (415) 436-7169
Email: ila.deiss@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENE NUNEZ-MENDEZ, <br><br> Plaintiff, <br><br> v. <br><br> JANET NAPOLITANO, SECRETARY OF HOMELAND SECURITY, ERIC H. HOLDER, ATTORNEY GENERAL, <br><br> Defendant. | Case No. C 11-0520 JCS <br><br> **CONSENT TO A MAGISTRATE JUDGE; STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Further, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendant, through undersigned counsel, hereby stipulate to dismiss the entire above-captioned action because plaintiff's immigration benefit has been granted. Each party shall bear their own costs and fees.

///

Consent and Stipulation to Dismiss
Case No. C 11-0520 JCS

IT IS SO STIPULATED.

Dated: March 18, 2011                    Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney

                                         /s/
                                         ILA C. DEISS
                                         Assistant United States Attorney
                                         Attorneys for Defendant

Dated: March 18, 2011                    /s/
                                         JONATHAN M. KAUFMAN
                                         Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 21, 2011

                                         JOSEPH C. SPERO
                                         United States Magistrate Judge

Consent and Stipulation to Dismiss
Case No. C 11-0520 JCS                   2